1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR09-154-RAJ |
| Plaintiff, | |
| v. | SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS |
| DOMINIC L. DIXON, | TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |
| Defendant. | |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on November 5, 2010.  The United States was represented by Assistant United States Attorney Kate Vaughn, and the defendant by Nancy Tenney.

The defendant had been charged and convicted of Bank Larceny (Misdemeanor), in violation of 18 U.S.C. § 2113(b).  On or about November 10, 2008, defendant was sentenced by the Honorable Richard A. Jones, to a term of five years probation.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions.  Special conditions imposed included, but were not limited to, participation in a substance abuse program, financial disclosure, $6,050.92, submit to search.

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 1

1    In a Petition for Warrant or Summons, dated October 8, 2010, U.S. Probation Officer

2  Thomas J. Fitzgerald asserted the following violations by defendant of the conditions of his

3  supervised release:

4       1.    Committing the crime of negligent driving in the first degree on January 31,

5             2010, in violation of the mandatory condition that he not commit another federal,

6             state, or local crime.

7       2.    Failing to pay restitution as ordered and agreed since March 1, 2010, in violation

8             of his special condition of probation.

9       3.    Failing to submit monthly reports for March, June and July, 2010, in violation of

10            standard condition number seven of his probation.

11      4.    Failing to submit financial information, specifically bank statements, as

12            requested since February 2010, in violation of his special condition of probation.

13      5.    Failing to submit financial information, specifically employment verification, as

14            requested since February 2010, in violation of his special condition of probation.

15    The defendant was advised of his rights and admitted alleged violations 1, 2, 3, 4 and 5.

16    I therefore recommend that the Court find the defendant to have violated the terms and

17  conditions of his supervised release as to violation 1, 2, 3, 4 and 5, and that the Court conduct a

18  hearing limited to disposition.  A disposition hearing on these violations has been set before the

19  Honorable Richard A. Jones on November 18, 2010 at 9:30 a.m.

20    Pending a final determination by the Court, the defendant has been released, subject to

21  supervision.

22    DATED this 5th day of November, 2010.

23

24                                          _____

25                                          JAMES P. DONOHUE
                                            United States Magistrate Judge

26

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 2

| | | |
|---|---|---|
| cc: | District Judge: | Honorable Richard A. Jones |
| | AUSA: | Kate Vaughn |
| | Defendant's attorney: | Nancy Tenney |
| | Probation officer: | Thomas J. Fitzgerald |

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 3